Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Ave.
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.,
d/b/a Integrated Sports Media

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC., d/b/a INTEGRATED SPORTS MEDIA, <br><br> Plaintiff, <br><br> vs. <br><br> MARTHA J. MARTINEZ POLANIAS, individually and d/b/a EL CIELO BAR & GRILL, <br><br> Defendant. | Case No. 5:24-cv-06435-EJD <br><br> PLAINTIFF'S NOTICE OF APPLICATION AND APPLICATION FOR DEFAULT JUDGMENT BY THE COURT <br><br> Date:  May 1, 2025 <br> Time:  9:00 a.m. <br> Place:  Courtroom 4, 5th Floor <br> Judge:  Hon. Edward J. Davila |

TO THE HONORABLE COURT, THE DEFENDANT AND TO HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 1, 2025 at 9:00 a.m. or as soon thereafter as this matter may be heard in Courtroom 4 (5th Floor) of the United States District Court, Northern District of California, located at 280 South First Street, San Jose, CA 95113, Plaintiff Innovative Sports Management, Inc., d/b/a Integrated Sports Media, by and through counsel, will present its Application for Default Judgment by the Court and against Martha J. Martinez Polanias, individually and d/b/a El Cielo Bar & Grill (hereinafter "Defendant").

1.      Default was entered against Defendant on January 24, 2025. (Dkt. No. 15).

2.      Defendant has never participated in this action.

3.      After the entry of default, Federal Rule of Civil Procedure 55(b) provides that default judgment may be entered by the Court upon application of the Plaintiff.  Fed. R. Civ. P. 55(b)(2).

4.      At the time and place of hearing, Plaintiff will present proof of the following matters:

a.      Defendant is not an infant or incompetent person, or in military service or otherwise exempted under the Servicemembers Civil Relief Act of 2003; and,

b.      Notice of this Application for Default Judgment by the Court and related documents were served on the Defendant;

c.      Plaintiff is entitled to judgment against the Defendant on claims pled in the complaint. To wit:

1)      By contract, Plaintiff paid for the proprietary rights to distribute the *Ecuador v. Colombia Soccer Match*, telecast nationwide on Tuesday, October 17, 2023 (hereinafter referred to as the "*Program*").

2)      With full knowledge that the *Program* was not to be intercepted, received, and/or exhibited by entities unauthorized to do so, Defendant and/or her agents, servants, workmen, and/or employees, did unlawfully intercept, receive and thereafter exhibit the *Program* at the time of its transmission at the address of the establishment doing business as El Cielo Bar & Grill, a commercial establishment operated by Defendant, and located at 2650 Alum Rock Ave., San Jose CA 95116 (as more fully detailed in the *Declaration of Affiant* filed herewith).

3)    The unauthorized reception, interception and/or exhibition of the *Program* by the Defendant was done willfully and for the purpose of direct or indirect commercial advantage or private financial gain.

4)    The unauthorized publication or use of communications, such as the transmission for which Plaintiff had the distribution rights, is prohibited by Title 47 U.S.C. § 605, *et seq.*

5)    By said acts of receiving, intercepting and exhibiting the *Program* at the above-indicated address, Defendant tortiously obtained possession of the *Program* and wrongly converted same to their own use and benefit.

5.    Plaintiff seeks Judgment in its favor under 47 U.S.C. § 605 and damages against the Defendant under 47 U.S.C. § 605(e)(3)(C)(i)(II) and (e)(3)(C)(ii) in the amounts of $4,000 and $20,000, respectively. Plaintiff addresses this Court's ability to find liability under 47 U.S.C. § 605 in the accompanying Memorandum.

6.    Plaintiff also seeks damages for conversion in the amount of $1,000.00.

7.    By and through this Motion, Plaintiff also seeks the opportunity to submit evidence in support of its recovery of attorneys' fees and relevant costs incurred as provided pursuant to 47 U.S.C. § 605, *et seq.*


Dated:  March 12, 2025              /s/ *Thomas P. Riley*
                                                    **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                                    By:  Thomas P. Riley
                                                    Attorneys for Plaintiff
                                                    Innovative Sports Management, Inc.,
                                                    d/b/a Integrated Sports Media

**PROOF OF SERVICE**

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On March 12, 2025, I caused to serve the following document entitled:

PLAINTIFF'S NOTICE OF APPLICATION AND APPLICATION FOR DEFAULT JUDGMENT BY THE COURT

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Martha J. Martinez Polanias
2650 Alum Rock Avenue
San Jose, CA 95116

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 12, 2025, at South Pasadena, California.


Dated:  March 12, 2025                    */s/ Leticia Estrada*
                                          LETICIA ESTRADA